No. 731. JONES v. STATE BOARD OF EDUCATION OF TENNESSEE ET AL., *ante,* p. 31;

No. 897. YOUNGE v. STATE BOARD OF REGISTRATION FOR THE HEALING ARTS, *ante,* p. 922;

No. 933. TROUTMAN ET AL. v. RUMSFELD, DIRECTOR, OFFICE OF ECONOMIC OPPORTUNITY, ET AL., *ante,* p. 923;

No. 978. CHAMBLISS v. COCA-COLA BOTTLING CO. ET AL., *ante,* p. 916;

No. 1001. KING ET AL. v. UNITED STATES, *ante,* p. 923;

No. 1065. JORDAN ET AL. v. UNITED STATES, *ante,* p. 920;

No. 1079. ALEXANDER v. MAINE, *ante,* p. 924; and

No. 1175, Misc. ZIDE v. WAINWRIGHT, CORRECTIONS DIRECTOR, *ante,* p. 950. Petitions for rehearing denied.

No. 602, Misc. NEELY v. UNITED STATES, 396 U. S. 917, 1031, and *ante,* p. 959. Motion for leave to file third petition for rehearing denied.

APRIL 1, 1970

No. 1081. DORTCH ET AL. v. STECKLER, U. S. DISTRICT JUDGE. C. A. 7th Cir. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court. *Mark W. Gray* for petitioners. *James Manahan* for respondent.

APRIL 3, 1970

No. ——. BOARD OF PUBLIC INSTRUCTION, MANATEE COUNTY, FLORIDA, ET AL. v. HARVEST ET AL. C. A. 5th Cir. Application for stay and other relief, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. *William C. Cramer, pro se,* and for other applicants. *Jack Greenberg, James M. Nabrit III,* and *Earl M. Johnson* in opposition.